# EXHIBIT A

## SHERRY MCCAFFREY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Janet Jackson | Rope Burn | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | K-Ci & Jojo | All My Life | Love Always | 238-754 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | My Baby You | Marc Anthony | 284-194 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| BMG Music | SWV | Right Here | It's About Time | 146-905 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| Arista Records LLC | Usher | If I Want To | 8701 | 307-207 |