mccaffrey.sherry - userlog - 93227548.txt
Log for User at address 68.14.85.214:13125 generated on 9/30/2005 1:33:19 AM EDT (-0400 GMT)
Total Files: 428
------------------------------
Total Audio Files: 414
Total Video Files: 0
Total Software Files: 0
Total Document Files: 0
------------------------------
Total Matched Files: 19
Total Distinct Matches: 16

FileName: 01 There You'll Be.mp3 (3,559,424 bytes)
FileName: 02 Holocaust.mp3 (5,347,623 bytes)
FileName: 05 - Marques Houston - Naked.mp3 (5,298,641 bytes)
FileName: 06-bobby_valentino-tell_me.mp3 (6,653,243 bytes)
FileName: 07 - In The Shelter.mp3 (4,826,512 bytes)
FileName: 08-hell_rell_and_j.r._writer-pop_off-c4.mp3 (3,926,045 bytes)
FileName: 1. damien marley welcome to jam rock.mp3 (3,491,528 bytes)
FileName: 112 - Crazy Over You.mp3 (5,127,431 bytes)
FileName: 112 - Only You.mp3 (6,225,698 bytes)
FileName: 112 - Pleasure and Pain - 06 - Nowhere.mp3 (5,746,595 bytes)
FileName: 112 - Pleasure and Pain - 07 - Last to Know.mp3 (5,685,248 bytes)
FileName: 112 - Someone to Hold.mp3 (4,851,996 bytes)
FileName: 112 - Sweet Love.mp3 (6,923,740 bytes)
FileName: 112 and Allure - All Cried Out.mp3 (4,412,523 bytes)
FileName: 112 Feat. T.I. And Ciara - If I Can Hit (Remix).mp3 (5,261,696 bytes)
FileName: 112 ft. Babyface- Cupid.mp3 (4,022,564 bytes)
FileName: 12 What You Are To Me.mp3 (4,127,494 bytes)
FileName: 15 Run It (Remix)-Chris Brown feat. Juelz Santana.mp3 (3,465,763 bytes)
FileName: 15-juelz_santana_feat._hell_rell-not_fucking_with_dip_set-c4.mp3 (5,125,787 bytes)
FileName: 2 pac - tupac shakur - untill the end of time - cd2 - 03. niggaz nature (feat. lil mo) remix.mp3 (7,286,689 bytes)
FileName: 23.YING YANG TWINS-WAIT REMIX.mp3 (6,704,484 bytes)
FileName: 50 cent - Disco Enferno.mp3 (3,370,763 bytes)
FileName: 50 Cent ft. lloyd banks - Smile.mp3 (5,234,580 bytes)
FileName: 50 Cent ft. Young Buck, T.I. and Young Gunz - 24's (G-Unit Remix).mp3 (6,537,630 bytes)
FileName: 50 Cent- High All The Time.mp3 (6,467,795 bytes)
FileName: 504 Boys - Wobble Wobble (remix feat. Timbaland, JT Money, Black Rob, Nelly).mp3 (4,084,258 bytes)
FileName: 504 boyz - i can tell you want to fuck.mp3 (5,042,558 bytes)
FileName: 50_cent-out_of_control_(feat_mobb_deep).mp3 (5,146,209 bytes)
FileName: 70's & 80's Music - Nancy Sinatra - These boots are made for walking.mp3 (2,664,566 bytes)
FileName: 8. Kanye West ft.Jay-z-08-Never Let Me Down.mp3 (6,496,802 bytes)
FileName: 80s Q-Feel - Dancing In Heaven (Orbital Be-Bop) from Girls Just Want to Have Fun Soundtrack.mp3 (5,841,422 bytes)
FileName: 80s-Patrick Swayze - Hungry Eyes (Dirty Dancing Soundtrack).mp3 (3,971,740 bytes)
FileName: 90'S - Monster Booty - Cheerleading - Booty Mix - Booty Drop.mp3 (3,483,852 bytes)
FileName: =Kanye West- Late Registration-Dimonds are forever.mp3 (3,837,564 bytes)
FileName: Aaliyah - Hot Like Fire.mp3 (4,185,344 bytes)
FileName: aaliyah - i don't know what to tell you.mp3 (7,246,286 bytes)
FileName: Aaliyah - Loose Rap.mp3 (3,685,624 bytes)
FileName: Aaliyah - Never No More.mp3 (3,815,677 bytes)
FileName: AF - Monica - U Should've Known Better (DIO Remix).mp3 (10,791,373 bytes)
FileName: Akon - Belly Dancer.mp3 (5,854,816 bytes)
FileName: Akon feat 2 Pac - Locked up (Redz Remixxx).mp3 (8,464,433 bytes)
FileName: Alicia_Keys_Jamie_Foxx- Georgia.mp3 (2,307,518 bytes)

FileName: All 4 One - cinderella.mp3 (1,276,032 bytes)
FileName: All 4 One - I Can Love You Like That.mp3 (3,670,144 bytes)
FileName: All for One - I Swear.MP3 (4,158,766 bytes)
FileName: Amarie - talkin To Me.mp3 (4,799,220 bytes)
FileName: Amarie - Why Dont We Fall In Love.mp3 (3,848,073 bytes)
FileName: Amerie - Touch (prod. by Lil Jon).mp3 (5,436,993 bytes)
FileName: Angie Martinez f. Jay-Z - Mi Amor.mp3 (2,699,622 bytes)
FileName: Angie Stone - Wish I Didn't Miss You .mp3 (4,425,481 bytes)
FileName: Angie Stone f Alicia Keys and Eve- Brotha Remix.mp3 (3,635,200 bytes)
FileName: Angie Stone ft. Snoop Dogg - I Wanna Thank Ya.mp3 (3,667,720 bytes)
FileName: Angie Stone---Brotha.mp3 (3,864,160 bytes)
FileName: Aretha Franklin - Natural Woman.mp3 (2,642,628 bytes)
FileName: Ashanti - Don't Let Them.mp3 (5,844,142 bytes)
FileName: Avant - I Can Read Your Mind .mp3 (3,810,160 bytes)
FileName: B2K - You Got Served - Drop.mp3 (5,858,202 bytes)
FileName: Babyface - Miss You Like Crazy.mp3 (3,699,384 bytes)
FileName: Babyface - The Lonliness.mp3 (5,304,824 bytes)
FileName: Babyface f. LL Cool J & Shalamar - This Is For The Lover In You.mp3 (3,917,241 bytes)
FileName: Baltimore Club Music - Dora The Explorer.mp3 (3,466,933 bytes)
FileName: Beyonce and Jay-Z - Crazy In Love.mp3 (4,000,374 bytes)
FileName: Beyonce feat. Missy Elliot, Free, MC Lyte - Fighting Temptations.mp3 (3,581,073 bytes)
FileName: Big Pun & Donell Jones - Its So Hard.mp3 (3,312,831 bytes)
FileName: BiGgIE -JuCiy.mp3 (4,840,092 bytes)
FileName: Black Eyed Peas - Don't Phunk With My Heart.mp3 (5,799,941 bytes)
FileName: Black Eyed Peas - Shut Up.mp3 (7,109,613 bytes)
FileName: Black Music Mixes - Cheerleading Hip Hop Mix.mp3 (1,810,834 bytes)
FileName: Bobby Darrin - You Must Have Been A Beautiful Baby.mp3 (2,119,888 bytes)
FileName: Bobby Valentino - Slow Down.mp3 (4,547,361 bytes)
FileName: Bone Thugs N Harmony-Crossroads - Cross Roads.mp3 (3,667,010 bytes)
FileName: Bow Wow - Let Me Hold You Down.mp3 (3,824,292 bytes)
FileName: Bow Wow feat Ciara - Like U.mp3 (4,963,141 bytes)
FileName: Boys 2 Men - Down On Bended Knee.mp3 (5,280,128 bytes)
FileName: Boyz 2 Men - Boys 2 Men~ Water Runs Dry.mp3 (4,905,552 bytes)
FileName: boyz ii men - boys 2 men - end of the road.mp3 (5,601,037 bytes)
FileName: Brandy - Almost Doesn't Count.mp3 (3,479,623 bytes)
FileName: Brandy - Full Moon.mp3 (6,023,755 bytes)
FileName: Brandy - Have You Ever.mp3 (4,359,860 bytes)
FileName: Brandy - I Wanna Be Down.mp3 (4,704,548 bytes)
FileName: Brandy - Sitting Up In My Room.mp3 (4,666,514 bytes)
FileName: Brandy feat Usher - Who Is She 2 U.mp3 (5,326,848 bytes)
FileName: Brandy, Tamia, Gladys Knight, Chaka Khan - Missing You (Set It Off Soundtrack).mp3 (4,194,448 bytes)
FileName: Brandy-What about Us.mp3 (4,185,364 bytes)
FileName: Brian McKnight - 6 months, 8 days, 12 hours.mp3 (3,965,596 bytes)
FileName: Brian McKnight - Back At One.mp3 (3,556,542 bytes)
FileName: Brian Mcknight - still in love with you.mp3 (3,791,132 bytes)
FileName: Brian Mcnight - Shoulda Woulda Coulda .mp3 (5,866,394 bytes)
FileName: Brian McNight f.Nelly - All Night Long.mp3 (4,133,183 bytes)
FileName: Bring it On Soundtrack - Mighty Toros (opening cheers).mp3 (1,879,980 bytes)
FileName: Bring it On Soundtrack_DJ Funk- Booty Bounce (Club Mix).mp3 (2,433,024 bytes)
FileName: Britney Spears - Cheerleading Mix.mp3.mp3 (888,999 bytes)
FileName: Britney Spears ft Madonna - Me Against The Music.mp3 (3,596,416 bytes)
FileName: Broadway - Jekyll and Hyde - Someone Like You.mp3 (3,620,864 bytes)
FileName: Brooke Valentine - Blah Blah Blah Feat. Dirt Mcgi.mp3 (5,375,215 bytes)
FileName: Camron - Get Em Daddy.mp3 (4,805,615 bytes)
FileName: Camron - Purple Haze - 07 - Down And Out featuring Kanye West & Syleena Johnson.mp3 (6,668,944 bytes)
FileName: Case- I'm missing you.mp3 (6,846,585 bytes)
FileName: Cassidy - Bellybutton.mp3 (6,047,953 bytes)

FileName: Cassidy Feat Snoop Dogg- Make You Scream.mp3 (5,384,085 bytes)
FileName: Cassidy Feat. Mashonda - Don't Get No Better.mp3 (3,764,183 bytes)
FileName: Cassidy ft. Mario - Kick It With You.mp3 (5,766,438 bytes)
FileName: Cassidy- B Boy Stance (Dirty).mp3 (4,919,946 bytes)
FileName: Celine Deon - All By Myself.mp3 (4,995,242 bytes)
FileName: Charlie Wilson - Charlie Last Name Wilson.mp3 (5,183,887 bytes)
FileName: Cheerleading Mixes - Girls, Girls, Girls Remix.mp3 (740,879 bytes)
FileName: Christina Aguilera, Lil' Kim, Mya, Pink & Missy Elliot - Lady Marmalade (Moulin Rouge SdTk).mp3 (6,371,578 bytes)
FileName: Christina Augilera-Dirty 1.mp3 (3,919,203 bytes)
FileName: Christina Milian ft. Joe Buddens - L.O.V.E Forever.mp3 (6,201,017 bytes)
FileName: Ciara - 04 - Hotline.mp3 (4,814,399 bytes)
FileName: Ciara - And I.mp3 (5,488,050 bytes)
FileName: Ciara ft. Lil Jon - Get On The Dance Floor.MP3 (4,076,473 bytes)
FileName: Circle Of Life - Disney Channel Circle Of Stars - Disney Mania 2.mp3 (6,983,424 bytes)
FileName: Cirque de Soleil - Carrousel.mp3 (2,983,107 bytes)
FileName: Cirque Du Soleil & Kitaro - Underworld.mp3 (7,430,272 bytes)
FileName: Cirque Du Soleil - Alegria - Taruka.mp3 (4,558,336 bytes)
FileName: Cirque Du Soleil - Best Of Cirque Du Soleil - 12 - Llama.mp3 (4,241,544 bytes)
FileName: Cirque Du Soleil - Bolero.mp3 (4,151,680 bytes)
FileName: Cirque du Soleil - La Nouba - Distorted.mp3 (6,307,968 bytes)
FileName: Cirque Du Soleil - Mystere - Egypte.mp3 (10,673,591 bytes)
FileName: Cirque du Soleil - O - Africa.mp3 (2,217,371 bytes)
FileName: Cirque Du Soleil - Quidam - 04 - Tango.mp3 (5,020,491 bytes)
FileName: Cirque du Soleil - Varekai.mp3 (5,087,399 bytes)
FileName: Common feat. Mary J. Blige - Come Close To Me.mp3 (6,246,190 bytes)
FileName: Counting Crows- Color Blind.mp3 (4,106,180 bytes)
FileName: Daddy Yankee - Like You.mp3 (3,248,345 bytes)
FileName: Damita Jo - Janet Jackson - Sexhibition - 3.mp3 (1,340,661 bytes)
FileName: Darryl Worley - Have You Forgotten - Have You Forgotten - 7.mp3 (6,898,992 bytes)
FileName: Deborah Cox - Nobody is Supposed to be Here (Dance Remix).mp3 (4,091,375 bytes)
FileName: Deborah Cox - One Day You Will.mp3 (4,114,015 bytes)
FileName: Debroah Cox - It's Over Now.mp3 (4,157,440 bytes)
FileName: Debroah Cox and R Kelley - We Can't Be Friends.mp3 (4,503,860 bytes)
FileName: Destiney's Child - Dangerously In love.mp3 (4,905,921 bytes)
FileName: Destineys Child - bugaboo.mp3 (3,399,680 bytes)
FileName: Destiny's Child - (07) - Bad Habit.mp3 (5,836,800 bytes)
FileName: Destiny's Child - Amazing Grace (Acapella).mp3 (2,129,352 bytes)
FileName: Destiny's Child - Im a Survivor.mp3 (3,035,371 bytes)
FileName: Destiny'S Child - Say My Name (Timbaland Remix).Mp3 (4,847,908 bytes)
FileName: Destiny's Child - say my name.mp3 (6,507,738 bytes)
FileName: Destiny's Child- No, No, No (acapella).mp3 (3,324,118 bytes)
FileName: Destinys Child - Cater To You.mp3 (3,959,788 bytes)
FileName: Destinys Child - Destiny Fullfilled - 10 - Through With Love.mp3 (5,206,016 bytes)
FileName: destinys child - jumpin jumpin.mp3 (5,517,692 bytes)
FileName: DHT - Listen To Your Heart (Techno).mp3 (3,364,537 bytes)
FileName: Disney - Pocahontas - Just Around The River Bend.mp3 (2,407,154 bytes)
FileName: Disney - Pocahontas -If I Never Knew You.mp3 (4,005,888 bytes)
FileName: Disney - Pocahontas Soundtrack - Listen With Your Heart.mp3 (1,021,952 bytes)
FileName: Disney Mania - 12 - Jump 5 - Beauty And The Beast.mp3 (4,985,059 bytes)
FileName: Disney Mania 3 - Little Mermaid - Under the Sea - Raven Symone`.mp3 (3,070,326 bytes)
FileName: Disney mania 3-Clay Aiken - Proud of Your Boy.mp3 (5,513,303 bytes)
FileName: Disney Songs- Lion King- Can You Feel the Love Tonight.mp3 (3,829,760 bytes)
FileName: DisneyMania - 03 - Usher- You'll Be in My Heart.mp3 (4,035,807 bytes)
FileName: Dmx - Grand Champion - 09 - Untouchable (Feat Sheek Syleena Johnson

Infared Cross And Dragon).mp3 (8,773,632 bytes)
FileName: DMX - My Niggas.mp3 (4,616,278 bytes)
FileName: DMX - Where The Hood At.mp3 (7,020,544 bytes)
FileName: Don Omar ft. Nore and Fat Joe -Reggaeton Latino (remix).mp3 (9,344,991 bytes)
FileName: Envouge - Don't let go.mp3 (4,668,315 bytes)
FileName: Envouge - Free Your Mind.mp3 (4,143,516 bytes)
FileName: Envouge - Never goin to get it.MP3 (4,476,045 bytes)
FileName: Erykah Badu - Worldwide Underground - 09 - Love Of My Life Worldwide (Feat Queen Latifah Angie Stone And Bahamadia).mp3 (7,831,219 bytes)
FileName: Eve feat. Alicia Keys - Gangsta Lovin'.mp3 (5,714,304 bytes)
FileName: Fabolous feat. P.Diddy & Jagged Edge - Trade It All (Part 2).mp3 (6,852,620 bytes)
FileName: Fabolous ft Tamia - I'm So Into You.mp3 (6,590,385 bytes)
FileName: fame soundtrack - out here on my own.mp3 (3,115,405 bytes)
FileName: Fantasia Barrino - 02 - Free Yourself.mp3 (5,260,628 bytes)
FileName: Fat_Joe_ft_Nelly_-_Get_It_Poppin.mp3 (3,411,116 bytes)
FileName: First Wives Club - You Don't Own Me - Bette Midler, Goldie Hawn, & Diane Keaton.mp3 (2,425,529 bytes)
FileName: Foxy Brown feat. Sizzla - Come Fly With Me.mp3 (4,691,676 bytes)
FileName: Frankie J- How To Deal.mp3 (5,766,475 bytes)
FileName: Franky J ft. Baby Bash - Obsession.mp3 (3,760,841 bytes)
FileName: fredro starr feat jill scott - fredro starr - true colors save the last dance soundtrack.mp3 (3,685,982 bytes)
FileName: Fugees - Ready Or Not.mp3 (3,632,901 bytes)
FileName: G-Unit - Beg For Mercy - 09 - Footprints.mp3 (6,276,552 bytes)
FileName: Genuine - Whats so different.mp3 (3,654,679 bytes)
FileName: Genuine- Same Old G.mp3 (4,199,153 bytes)
FileName: Genuwine ft Aaliyah - Final Warning.mp3 (3,860,608 bytes)
FileName: GET iT ON THE FLOOR.mp3 (6,295,552 bytes)
FileName: Ghost Town DJ's - My Boo.mp3 (5,550,625 bytes)
FileName: Ginuwine - 100% Genuwine - 5 - None Of Your Friends Business.mp3 (5,847,040 bytes)
FileName: Ginuwine ft. Timberland - Keep It Real.mp3 (3,616,508 bytes)
FileName: Girls Just Want To Have Fun Soundtrack - Technique.mp3 (4,438,917 bytes)
FileName: Grind On Me (dirty remix)- Pretty Ricky and White Dawg.mp3 (6,830,060 bytes)
FileName: Gwen stefani ft. Joe buddens-holla back girl(remix).mp3 (3,523,858 bytes)
FileName: Gwen Stefani-Holla Back Girl.mp3 (4,801,587 bytes)
FileName: Havana.mp3 (3,826,476 bytes)
FileName: Hustle & Flow Soundtrack - DJay - Hard Out Here For A Pimp.mp3 (4,168,183 bytes)
FileName: I'm All Out Of Love.mp3 (5,582,019 bytes)
FileName: India Irie - Brown Skin.mp3 (5,364,999 bytes)
FileName: India Irie - Love and Basketball Soundtrack ...You made a fool of me.mp3 (630,552 bytes)
FileName: India Irie - Strength, Courage & Wisdom (1).mp3 (4,773,888 bytes)
FileName: Isyss - Single For The Rest Of My Life.mp3 (5,570,560 bytes)
FileName: Ja Rule ft 2pac - so much pain.mp3 (4,857,939 bytes)
FileName: Jagged Edge - I Promise.mp3 (3,961,503 bytes)
FileName: Jagged Edge - What Its Like.mp3 (3,153,920 bytes)
FileName: Jagged Edge - Wifey.mp3 (4,170,311 bytes)
FileName: Jagged Edge- He Can't Love You.mp3 (4,847,744 bytes)
FileName: JAHEEM - Put that Woman First.mp3 (5,899,621 bytes)
FileName: Jaheim - Just In Case.mp3 (6,328,742 bytes)
FileName: Jamiroquai - Canned Heat (Napolean Dynamite).mp3 (3,584,801 bytes)
FileName: Jamiroquai - Just Dance (Center Stage Soundtrack).mp3 (5,275,062 bytes)
FileName: JANET JACKSON - ALL 4 U (NEW FULL SONG) (1).mp3 (4,218,880 bytes)
FileName: Janet Jackson - Damita Jo - 03 - Sexhibition.mp3 (4,316,747 bytes)
FileName: janet jackson - EXPLICIT REMIXES (R.Kelly Remix).mp3 (4,905,912 bytes)
FileName: Janet Jackson - I Get So Lonley.MP3 (4,989,312 bytes)
FileName: Janet Jackson - Nasty Boys.mp3 (3,897,469 bytes)
FileName: Janet Jackson - Rope Burn.mp3 (4,083,346 bytes)

FileName: Janet Jackson - Rythem Nation.mp3 (5,741,181 bytes)
FileName: Janet Jackson - Velvet Rope.mp3 (4,724,670 bytes)
FileName: Janet Jackson, Pleasure Principle.mp3 (4,811,057 bytes)
FileName: Janet Jackson-If I Was Your Girl.mp3 (4,337,914 bytes)
FileName: JaRule Ft, Jennifer Lopez--I'm Real - Jlo f. Ja Rule.mp3 (6,004,856 bytes)
FileName: Jay-Z - dear summer.mp3 (4,106,346 bytes)
FileName: Jay-Z - I'll do anything for you.mp3 (3,475,584 bytes)
FileName: Jay-Z Feat Kanye West - Kanye West-I'm Good - Girls, Girls, Girls (Remix).mp3 (4,615,650 bytes)
FileName: Jennifer Holiday - And I Am Telling You I'm Not Going (Dreamgirls).mp3 (4,968,448 bytes)
FileName: Jennifer Lopez - Feeling So Good (f. Puff, Big Pun, Fat Joe).mp3 (6,597,724 bytes)
FileName: Jennifer Lopez - JLO - 08 - We Gotta Talk.mp3 (3,964,470 bytes)
FileName: Jermaine Dupri feat. Missy Elliott - I Gotta Getcha.mp3 (5,015,178 bytes)
FileName: Jessica Simpson - I Wanna Love You Forever.mp3 (4,171,778 bytes)
FileName: Jessica Simpson - These Boots (Are Made For Walkin').mp3 (3,838,085 bytes)
FileName: Jessica Simpson - With You.mp3 (4,675,584 bytes)
FileName: Jessica Simpson feat. Lil Bow Wow - Irresistible (Remix).mp3 (3,423,052 bytes)
FileName: Jessica Simpson- Take My Breath Away.mp3 (4,701,874 bytes)
FileName: Jim Jones - Harlem-Diary Of A Summer - 06 - Honey Dip featuring Juelz Santana, J.R. Writer & Latiff.mp3 (6,344,455 bytes)
FileName: JLO - I'm Glad.mp3 (3,554,743 bytes)
FileName: JLO feat. Fabolous- Get Right Remix.mp3 (7,426,618 bytes)
FileName: JLO Ft R.Kelly - Baby I Love You .mp3 (5,395,647 bytes)
FileName: Joe Budden & A-Team - Niggas Done Started Something Freestyle.mp3 (3,056,502 bytes)
FileName: Joe Budden - Haters.mp3 (6,281,135 bytes)
FileName: Joe Budden - Ma Ma Ma.mp3 (4,251,525 bytes)
FileName: Joe Buddens - Focus.mp3 (4,744,526 bytes)
FileName: Joe Buddens - Super Mario Bros. (beat).mp3 (1,739,528 bytes)
FileName: Joe Buddens ft Busta Rhymes - Fire.mp3 (6,019,454 bytes)
FileName: Joe Buddens ft Pharrell - you cant get it for me.mp3 (5,717,183 bytes)
FileName: Joe Buddens- So Lonely.mp3 (4,185,409 bytes)
FileName: John Legend - Ordinary People.mp3 (6,766,384 bytes)
FileName: Josh Groban - Let me Fall(From Cirque du Soleil).mp3 (4,043,883 bytes)
FileName: Josh Groban - Closer - 02 - My Confession.mp3 (7,113,593 bytes)
FileName: Josh Groben - To Where You Are.mp3 (2,409,545 bytes)
FileName: Juelz Santana, The Game & Jim Jones - Black Wall Street.mp3 (5,322,116 bytes)
FileName: K-CI & Jojo - All My Life.mp3 (4,517,430 bytes)
FileName: Kandi - Don't Think I'm Not.mp3 (5,921,869 bytes)
FileName: Kanye West - Golddigger.mp3 (5,023,496 bytes)
FileName: KANYE WEST - Dimonds are forever remix.mp3 (5,604,668 bytes)
FileName: Kanye West ft. John Legend - I Used To Love You.mp3 (3,726,280 bytes)
FileName: Keisha Cole - I just want it to be over.mp3 (4,902,652 bytes)
FileName: Keisha cole - i should have cheated.mp3 (5,745,025 bytes)
FileName: keisha cole ft jadakiss - guess what.mp3 (5,431,298 bytes)
FileName: kelly clarkson - since u been gone.mp3 (4,606,373 bytes)
FileName: Keyshia Cole - I've Changed My Mind.mp3 (3,995,818 bytes)
FileName: lean back remix dirty.mp3 (6,224,086 bytes)
FileName: Les Miserables - I Dreamed A Dream - Linda Eder.mp3 (4,069,376 bytes)
FileName: Lil Bow Wow - Bounce With Me.mp3 (4,885,772 bytes)
FileName: Lil bow wow - L il BowWow - Thank you ft jagged edge.mp3 (4,004,850 bytes)
FileName: Lil Bow Wow - Puppy Love.mp3 (4,999,430 bytes)
FileName: Lil Bow Wow Ft. Jagged Edge - My Baby.mp3 (7,276,414 bytes)
FileName: Lil Kim - If I Was A Dude.mp3 (5,675,680 bytes)
FileName: Linda Eder - Gold.mp3 (3,978,221 bytes)
FileName: Linda Eder - I Never Knew His Name.mp3 (3,458,577 bytes)
FileName: Linda Eder - If I Should Lose My Way.mp3 (3,699,651 bytes)
FileName: Linda Eder - Smile.mp3 (1,810,309 bytes)
FileName: Linda Eder - Son Of A Preacher Man.mp3 (3,137,536 bytes)

FileName: Linda Eder - Vienna.mp3 (5,757,361 bytes)
FileName: Lindsey Lohan - Rumors.mp3 (3,155,680 bytes)
FileName: Lionel Ritchie - Easy like Sunday morning.mp3 (5,273,600 bytes)
FileName: Lose Your Breath - Destiny's Child.mp3 (5,632,722 bytes)
FileName: Love and Basketball - This Woman's Work - Maxwell.mp3 (5,315,395 bytes)
FileName: Ludacris - Georgia (remix).mp3 (5,288,273 bytes)
FileName: Ludacris ft. Bobby Valentino- Pimpin' All Over The World.mp3 (8,734,155 bytes)
FileName: Lumidee - I'll Never Leave You (Uh-Oh).mp3 (4,203,254 bytes)
FileName: Luther Vandross - Here and Now.mp3 (5,176,883 bytes)
FileName: Lyfe Jennings - Must Be Nice.mp3 (3,737,895 bytes)
FileName: Mandy Moore - I Want To Be With You.mp3 (6,065,831 bytes)
FileName: Mandy Moore - Only Hope - A Walk to Remember.mp3 (5,607,802 bytes)
FileName: Mandy Moore - Were Dancing - Center Stage Soundtrack.mp3 (2,585,182 bytes)
FileName: Marc Anthony - My Baby You .mp3 (5,735,540 bytes)
FileName: Mariah Carey - Can't Live if Living is Without You.mp3 (3,416,064 bytes)
FileName: Mariah Carey - Petals.mp3 (4,235,982 bytes)
FileName: Mariah Carey - The Emancipation of Mimi - 03 - Shake It Off.mp3 (5,729,594 bytes)
FileName: Mariah Carey f. Camron-Boy (I Need You).mp3 (2,521,088 bytes)
FileName: Mariah Carey ft. Jay Z And Freeway- you got me.wma (2,630,341 bytes)
FileName: Mario - How Could You.MP3 (5,666,029 bytes)
FileName: Mario - Just A Friend 2000.mp3 (4,990,976 bytes)
FileName: Mario Winans feat. P. Diddy - I dont wanna know.mp3 (5,700,907 bytes)
FileName: Martina McBride - In My Daughter's Eyes.mp3 (4,700,706 bytes)
FileName: Mary J Blige - No More Drama.mp3 (7,824,323 bytes)
FileName: mary j. blidge - Family Affair.mp3 (6,021,874 bytes)
FileName: Mary J. Blige - Not Gonna Cry.mp3 (4,723,487 bytes)
FileName: Mashonda feat The Game- Back Of The Club (remix).mp3 (4,792,395 bytes)
FileName: Maya Angelou - Phenomenal Woman.mp3 (1,775,616 bytes)
FileName: Memphis Bleek - Is That Your Bitch (remix f- Jay-Z, Missy Elliot, & Twista).mp3 (7,017,908 bytes)
FileName: Memphis Bleek - Like That (prod. by Swizz Beatz).mp3 (5,894,939 bytes)
FileName: Memphis Bleek feat. Rhianna - The One.mp3 (5,697,280 bytes)
FileName: Mobb Deep - Hey Luv ft 112.mp3 (4,479,731 bytes)
FileName: Monica - Angel of Mine.mp3 (4,003,759 bytes)
FileName: Monica - Just Another Girl.mp3 (3,278,656 bytes)
FileName: Monica - Miss Thang - Like This And Like That.mp3 (5,694,759 bytes)
FileName: MuSiC mAkEs YoU lOoSe cOntRoL - misSy ElIoT fEat. cIeRa.mp3 (5,510,953 bytes)
FileName: Musiq feat Va Slim & Joe Budden - For The Night (Remix) [The Immortal Soul of RnB].mp3 (5,787,200 bytes)
FileName: Musiq Soulchild - Dont change.MP3 (2,152,576 bytes)
FileName: Mya - Fallen.mp3 (5,155,153 bytes)
FileName: N2U ft. Jermaine Dupri - Baby Mamma Love.mp3 (4,007,936 bytes)
FileName: Nas & Shyne - If I Could Start Over.mp3 (4,422,003 bytes)
FileName: NAS - Kissing.mp3 (4,091,206 bytes)
FileName: Nas -One Mic.mp3 (4,440,414 bytes)
FileName: Nas ft. P. Diddy - You Can Hate Me Now.mp3 (4,544,147 bytes)
FileName: natilie - going crazy.mp3 (3,503,717 bytes)
FileName: Nelly - Air Force 1's.mp3 (4,865,643 bytes)
FileName: Nelly - Errr Time.mp3 (10,013,256 bytes)
FileName: Nelly feat. Christina Aguliera - Tilt Your Head Back.mp3 (4,112,450 bytes)
FileName: New Edition - Candy Girl.mp3 (3,733,748 bytes)
FileName: New Edition - Cool It Now.mp3 (5,484,292 bytes)
FileName: New Edition - Mr Telephone Man.mp3 (3,812,720 bytes)
FileName: Oleta Adams - Get Here.mp3 (4,442,360 bytes)
FileName: P Diddy - I Need A Girl (Part ll) feat. Usher, Loon, Genuine and Mario.mp3 (6,842,563 bytes)
FileName: P Diddy f. Usher - I Need a Girl.mp3 (4,362,240 bytes)
FileName: Paul Wall_big Pokey_Sittin Sideways.mp3 (6,318,148 bytes)
FileName: Phillys Most Wanted - Cross the Border.mp3 (3,172,067 bytes)
FileName: Pocohantas - Colors Of The Wind.mp3 (4,164,844 bytes)

FileName: Pretty Ricky - Blue Stars - 14 - Can't Live Without You.mp3 (7,539,855 bytes)
FileName: Pretty Ricky -Your Body.mp3 (6,256,512 bytes)
FileName: R Kelly - Giglo.mp3 (5,555,432 bytes)
FileName: R.Kelly feat The Game-a players game.mp3 (2,982,291 bytes)
FileName: Ray J - Keep Sweating.mp3 (6,244,067 bytes)
FileName: Ray-J - One Wish.mp3 (5,717,648 bytes)
FileName: Ray-J feat. Lil Kim - Wait A Minute.mp3 (3,766,272 bytes)
FileName: Ray-J feat. R Kelly- Quit Actin.mp3 (5,829,904 bytes)
FileName: Red Hot Chillie Pepers - Higher Ground.MP3 (3,211,564 bytes)
FileName: Regina Bell - I Dream in Color (1).MP3 (4,008,273 bytes)
FileName: Rent - Take Me Or Leave Me (2).mp3 (3,575,808 bytes)
FileName: rhianna - if it's loving.mp3 (1,790,537 bytes)
FileName: Rhianna - Justify.mp3 (3,991,670 bytes)
FileName: Rhianna Ft[1]. Elephant Man - Pon De Replay (Remix).mp3 (5,174,479 bytes)
FileName: Rhianna- That La La La.mp3 (3,640,640 bytes)
FileName: Rihanna - Pon De Replay--.mp3 (6,923,042 bytes)
FileName: rod stewart - forever young.mp3 (3,937,721 bytes)
FileName: Ruff Endz-If I was the One.mp3 (6,439,420 bytes)
FileName: Rupee - Do The Damn Thing.mp3 (5,368,844 bytes)
FileName: Salt 'N Peppa feat. EnVouge - What A Man.MP3 (3,837,202 bytes)
FileName: Salt N Pepper - Boom! I Got Your Boyfriend - (HipHop Rap 90's Old School-Booty Mix).mp3 (4,073,600 bytes)
FileName: Salt N Pepper - Short dick man.mp3 (2,807,588 bytes)
FileName: Salt-N-Pepper - Shoop.mp3 (3,979,517 bytes)
FileName: Sandi Patti - Via Delarosa.mp3 (4,393,168 bytes)
FileName: Save The Last Dance Soundtrack - Athena Cage - Live Your Dre.mp3 (3,614,221 bytes)
FileName: Sean Paul - We Will Be Burning.mp3 (4,980,128 bytes)
FileName: Selena Cross - Silence.mp3 (4,291,273 bytes)
FileName: Shabba Ranks - Murder She Wrote.mp3 (3,584,128 bytes)
FileName: shania twain - you're still the one.mp3 (3,392,804 bytes)
FileName: sheek louch - how I love you.mp3 (4,681,187 bytes)
FileName: Silk - Freak Me.mp3 (4,421,300 bytes)
FileName: Slow Jams - Jagged Edge - I Gotta Be.mp3 (3,335,517 bytes)
FileName: slow jams Babyface - Two Occasions.mp3 (4,128,728 bytes)
FileName: Snoop Dogg F Pharrell Drop It Like It's Hot(Dirty).mp3 (6,535,671 bytes)
FileName: Snoop Doggy Dog - What's My Name.mp3 (3,944,280 bytes)
FileName: Soul 4 real - Candy Coated Rain Drops.mp3 (4,427,988 bytes)
FileName: Soundtrack-Pretty Woman -King of Wishful Thinking.mp3 (3,390,738 bytes)
FileName: State Property Sun Don't Shine.mp3 (6,080,807 bytes)
FileName: Stevie Wonder - Isnt She Lovley.mp3 (3,204,041 bytes)
FileName: Styles P feat. Akon - Locked up (remix).mp3 (5,592,728 bytes)
FileName: Styx - Castle Walls.mp3 (5,751,716 bytes)
FileName: SWV - Love Will Be Right Here.mp3 (3,628,766 bytes)
FileName: syleena_johnson_feat_r_kelly-hypnotiq.mp3 (4,134,915 bytes)
FileName: T Pain - I'm Sprung.mp3 (3,796,324 bytes)
FileName: T.I.- Urban Legend 2004 - 02 - ASAP.mp3 (6,826,864 bytes)
FileName: Teairra Marie - No Daddy.mp3 (4,633,644 bytes)
FileName: Teedra Moses feat. Nas - Be Your Girl (Remix).mp3 (3,643,392 bytes)
FileName: The Fighting Temptations - 08 - Fever - Beyonce.mp3 (6,516,930 bytes)
FileName: The Game - The Documentary - 03 - Dreams.mp3 (7,177,518 bytes)
FileName: The Game - The Documentary - 10 - Start From Scratch [feat. Marsha of Floetry].mp3 (5,566,979 bytes)
FileName: The Game - The Documentary - 11 - The Documentary.mp3 (6,033,768 bytes)
FileName: The Game Ft. 50 Cent - This Is How We Do.mp3 (5,195,776 bytes)
FileName: The Lion King - Original Broadway Cast - Shadowland.mp3 (4,582,074 bytes)
FileName: The Matches - The Jack Slap Cheer.mp3 (3,779,458 bytes)
FileName: The Way You Make Me Feel - Michael Jackson - Center Stage (Soundtrack).mp3 (4,760,555 bytes)
FileName: Tina Turner - He Lives In You (The Lion King 2 Collection).mp3 (4,543,762 bytes)
FileName: Tina Turner - Proud Mary.mp3 (4,761,600 bytes)

mccaffrey.sherry - userlog - 93227548.txt

FileName: Tina Turner - What's Love Got To Do With It.mp3 (3,683,892 bytes)
FileName: TLC - Red Light Special.mp3 (4,852,757 bytes)
FileName: TLC - Waiting To Exhale - Soundtrack - This Is How It Works.mp3 (7,220,749 bytes)
FileName: TOK - When You Cry I Cry (Drop Leaf Riddim).mp3 (4,536,038 bytes)
FileName: Tony Yayo ft. 50 Cent - So Seductive (dirty).mp3 (5,186,500 bytes)
FileName: Tony Yayo ft. Joe - Curious (Dirty Version).mp3 (4,292,161 bytes)
FileName: train - drops of jupiter.mp3 (4,098,847 bytes)
FileName: Trey Songz - Just Got To Make It (ft Twista).mp3 (5,034,750 bytes)
FileName: Tupac - Thugs Mansion.mp3 (3,947,045 bytes)
FileName: TV Themes - Jeffersons - Moving On Up.mp3 (1,121,824 bytes)
FileName: Tyrese - Lately.mp3 (4,264,983 bytes)
FileName: Tyrese - Signs of Love Making.mp3 (3,969,444 bytes)
FileName: Tyrese feat. Fat Joe - I Like Them Girls (Remix).mp3 (3,779,153 bytes)
FileName: Usher & Babyface - Bedtime.mp3 (4,563,952 bytes)
FileName: Usher - My Way.mp3 (3,434,916 bytes)
FileName: Usher - Nice and Slow.mp3 (3,645,022 bytes)
FileName: Usher - Seperated.mp3 (4,221,515 bytes)
FileName: Usher - U Make Me Wanna.mp3 (3,540,200 bytes)
FileName: Usher - you dont have to call .mp3 (4,311,168 bytes)
FileName: Usher - You Remind Me Of A Girl.mp3 (5,959,808 bytes)
FileName: Wedding Songs - butterfly kisses.mp3 (6,818,231 bytes)
FileName: Whitney Houston - One Moment in Time.mp3 (4,575,041 bytes)
FileName: Will Smith-Switch.mp3 (3,098,260 bytes)
FileName: Wu Tang Clan - ODB- Baby I Like it Raw.mp3 (2,576,403 bytes)
FileName: Ying Yang Twins - Wait (Dirty).mp3 (2,662,366 bytes)
FileName: Ying Yang Twins ft Mike Jones - Badd.mp3 (5,486,804 bytes)
FileName: Yolanda Adams - I Believe.mp3 (5,366,264 bytes)
FileName: Yolanda Adams - Never Give up.mp3 (5,082,539 bytes)
FileName: Yolonda Adams - Never Give Up.mp3 (5,082,469 bytes)
FileName: You Got Served Soundtrack - STREET DANCERS (B2K) - Do That Thing.mp3 (2,599,123 bytes)
FileName: Young Gunnaz - Set It Off.mp3 (6,017,034 bytes)
FileName: Young Gunnaz ft Rell - No Better Love.mp3 (5,757,640 bytes)
FileName: Young Gunz - Rich Girls.mp3 (5,993,838 bytes)
FileName: Young Gunz f. Chingy - Cant Stop Wont Stop (remix).mp3 (4,206,595 bytes)
FileName: Young Jeezey ft. Mannie Fresh - And What.mp3 (5,209,393 bytes)
FileName: Young Jeezy Ft. Akon- Soul Surviver.mp3 (4,627,271 bytes)
FileName: Young_Gunz_Feat_112-Dont_Keep_Me_Waiting.mp3 (5,782,090 bytes)
FileName: _Ashanti - Rain On Me.mp3 (7,156,007 bytes)
FileName: Roll Bounce Soundtrack - 03 - Boogie Oogie.mp3 (4,898,563 bytes)
FileName: Fabolous - Cant Let You Go.mp3 (5,337,378 bytes)
FileName: Lil Mo ft. Fabulous - 4ever.mp3 (6,442,186 bytes)
FileName: TUPAC & BIGGIE TRIBUTE (Unreleased) FEAT. Eminem - City Clay - Stagga Lee - 50 Cent - Jay-Z - Linkin Park - Murphy Lee - Nelly - P. Diddy - Sarai - Fabolous - Ashanti - 24's - .mp3 (4,743,923 bytes)
FileName: Usher - Can U Handle It.mp3 (7,248,111 bytes)
FileName: Usher - Burn - Acapella.mp3 (6,241,073 bytes)
FileName: (Usher Feat. Justin Timberlake)-If I Want To.mp3 (3,493,600 bytes)
FileName: Usher- Pop Ya Collar.mp3 (5,246,848 bytes)
FileName: kaleena - My Confessions Aanswer TO Usher.mp3 (5,997,120 bytes)
FileName: Jeffersons Remix.mp3 (137,642 bytes)
FileName: Jeffersons - Movin' Up (remix).mp3 (3,338,239 bytes)
FileName: Yummy - feat. Jadakiss - Come Get It.mp3 (5,060,809 bytes)
FileName: Usher Feat. Jadakiss - Throwback (remix).mp3 (6,790,888 bytes)
FileName: Eve feat Ruff Ryders & Jadakiss-Got It All.mp3 (3,677,750 bytes)