# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

VIRGIN RECORDS AMERICA, INC., et al

v.

CA 07-18ML

SHERRY MCCAFFREY

## ORDER

The above -captioned case was filed on January 16, 2007 and has been pending at least 120 days without an answer having been filed.

It is now ORDERED that this action will be dismissed as to the above-named defendants without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause as to why the case should not be dismissed.

DRI LR Cv 41.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
May 25, 2007

Entered as an Order of this Court on May 25, 2007

Barbara Barletta
Deputy Clerk