IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., A CALIFORNIA CORPORATION; ET AL., Plaintiff/Petitioner | Hearing Date: |
| | CAUSE NO: **CA 07 013** |
| vs. SHERRY MCCAFFREY Defendant/Respondent | DECLARATION OF SERVICE OF: **NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **6th day of March, 2007, at 3:57 PM**, at the address of **113 MARYLAND Avenue APT 1, PAWTUCKET, Providence** County, **RI 02860**; this declarant served the above described documents upon **SHERRY MCCAFFREY**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **SHERRY MCCAFFREY, NAMED DEFENDANT, A white female approx. 35-40 years of age 5'4"-5'6" in height weighing 120-140 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **7th day of March, 2007**.

**Gordon Moniz**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4257786**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 3/6/07

NAME OF SERVER (*PRINT*) Gordon Moniz TITLE: Process Server

*Check one box below to indicate appropriate method of service.*

☒ Served personally upon the defendant. Place where served: 113 Maryland Ave, Pawtucket, RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (*specify*):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 3/6/07
Dated

Signature of ABC Legal Services, Inc.
633 Yesler Way
Seattle, Washington 98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.