U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

PAWTUCKET RI 02860

| | | |
|---|---|---|
| Postage | $ $0.41 | 0852 |
| Certified Fee | $2.65 | 04 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.21 | 06/04/2007 |

7007 0220 0003 3061 4933

Sent To: Sherry McCaffrey

Street, Apt. No.; or PO Box No.: 113 Maryland Ave Apt 1

City, State, ZIP+4: Pawtucket, RI 02860

PS Form 3800, August 2006 See Reverse for Instructions