UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SHERRY MCCAFFREY,<br><br>Defendant. | Case No.: 1:07-cv-00018-ML-LDA |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs, Virgin Records America, Inc., *et al.*, respectfully respond to the Court's July 20, 2007 Order to Show Cause and state as follows:

1. Plaintiffs filed the Complaint on January 16, 2007.

2. Defendant was served on March 6, 2007.

3. On March 27, 2007, the parties reached a settlement in principle. Plaintiffs' representative mailed settlement documents to Defendant on April 2, 2007. The signed settlement agreement and first payment was due on or before April 27, 2007.

4. On May 29, 2007, Plaintiffs' representative left a voicemail message for Defendant regarding the overdue settlement agreement and payment.

5. Because Defendant did not return Plaintiffs' representatives' telephone call, Plaintiffs filed for Entry of Default on June 4, 2007. The Clerk entered default on June 5, 2007.

6. On June 5, 2007, Defendant contacted Plaintiffs' representative and requested an

additional copy of the settlement materials. Plaintiffs' representative informed Defendant that the executed settlement agreement and first payments were seriously overdue, that Default had already been entered, and that she would need to return the executed settlement agreement and overdue payments immediately, or Plaintiffs would seek default judgment.

7. Plaintiffs' representative resent the settlement documents to Defendant via email on June 6, 2007.

8. On July 20, 2007, the Court issued an Order to Show Cause why the case should not be dismissed for failure to prosecute.

9. On July 23, 2007, Plaintiffs' representative left Defendant a message for Defendant to call back immediately.

10. To date, Defendant has not returned Plaintiffs' representatives' telephone call.

11. Plaintiffs now consider this a failed settlement.

12. Plaintiffs seek default judgment against Defendant and are filing their Motion for Default Judgment contemporaneously with this Response.

WHEREFORE Plaintiffs respectfully request the Court not dismiss this case.

Dated: 8/6/07

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ARISTA RECORDS LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of August, 2007 I mailed a true and accurate copy of the within Response to Order to Show Cause first class, postage prepaid to Ms. Sherry McCaffrey, 113 Maryland Ave, Apt. 1, Pawtucket, RI 02860-6219.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.