UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

SHERRY MCCAFFREY,

Defendant.

Case No.: 1:07-cv-00018-ML-LDA

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT

PLEASE TAKE NOTICE that, on June 5, 2007, the Clerk of the Court entered the default of Defendant.

A copy of the Default By Clerk is attached hereto as Exhibit A, and incorporated herein by this reference.

By: /s/James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and ARISTA RECORDS LLC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of August, 2007 I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid to Ms. Sherry McCaffrey, 113 Maryland Ave, Apt. 1, Pawtucket, RI 02860-6219.

/s/James E. O'Neil, Esq.
James E. O'Neil, Esq.