Case 1:07-cv-00018-ML-LDA Document 7 Filed 06/05/2007 Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

SHERRY MCCAFFREY,

Defendant.

Case No.: 1:07-cv-00018-ML-LDA

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Sherry McCaffrey, and it further appearing from the declaration of counsel for Plaintiffs. and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Sherry McCaffrey has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Sherry McCaffrey hereby is entered.

DATED: 6.5.2007

By: [signature]
Deputy Clerk