7007 0220 0003 3062 4536

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

PAWTUCKET RI 02860

| | | |
|---|---|---|
| Postage | $ $1.64 | 0852 |
| Certified Fee | $2.65 | 03 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.44 | 08/06/2007 |

Sent To: Sherry McCaffrey
Street, Apt. No.; or PO Box No.: 113 Maryland Ave APT 1
City, State, ZIP+4: Pawtucket, RI 02860

PS Form 3800, August 2006 See Reverse for Instructions